# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

LANCE SAHER ALYAS, et al.,

Plaintiffs,

V.

ANNE E. LOPEZ, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

Case: 1:26-CV-00035-JAO-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Sep 04, 2026, 3:49 pm**
LUCY H. CARRILLO, CLERK OF COURT

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "ORDER (1) DENYING MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 37) AND (2) GRANTING MOTION TO DISMISS (ECF NO. 43)", ECF No. 67, filed on September 4, 2026.

September 4, 2026
Date

LUCY H. CARRILLO
Clerk

/s/ LUCY H. CARRILLO by CB
(By) Deputy Clerk